Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DOMINGUEZ, | Case No.: 1:09-cv-00596 SMS |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///
///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: 1/5/10  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

*/s/-Marc V. Kalagian*
Marc V. Kalagian
Attorney for Plaintiff

DATE: 1/5/10  LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Chief Civil Division

*/s/-Theophous H. Reagans*
Theophous H. Reagans
Special Assistant United States Attorney
Attorney for Defendant
[*By email authorization on January 5, 2010]

IT IS ORDERED

Dated:   **January 8, 2010**          /s/ Sandra M. Snyder

**UNITED STATES MAGISTRATE JUDGE**

-2-